CLERK, U.S. DISTRICT COURT
MAR - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. LAWRENCE,<br><br>    Petitioner,<br><br>    v.<br><br>R.H. TRIMBLE, Warden,<br><br>    Respondent. | No. EDCV 11-1687-VBF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 3/4/2013

VALERIE BAKER FAIRBANK
United States District Judge