FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES E. LAWRENCE,

             Petitioner,

   v.

R.H. TRIMBLE, Warden,

             Respondent.

No.  EDCV 11-1687-VBF (AGR)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  3/4/2013

_____
VALERIE BAKER FAIRBANK
United States District Judge